UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS A. HUNT,

                                Plaintiff,

                                                CIVIL CASE NO. 06-15524

v.

COMMISSIONER OF SOCIAL SECURITY,        HONORABLE PAUL V. GADOLA
                                          U.S. DISTRICT COURT
                              Defendant.

      _____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court are Defendant Commissioner's motion for summary judgment, Plaintiff's

motion for remand, and the Report and Recommendation of the Honorable Virginia M. Morgan,

United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Defendant

Commissioner's motion for summary judgment, grant Plaintiff's motion for remand, and remand

this case pursuant to sentence four of 42 U.S.C. § 405(g). The Magistrate Judge served the Report

and Recommendation on all parties on February 27, 2008 and notified the parties that any objections

must be filed within ten days of service. Accordingly, any objections should have been filed by

approximately March 17, 2008. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation

depends upon whether a party files objections. If a party does not object to the Report and

Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v.*

*Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed,

"[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the

Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation

[docket entry #14] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Defendant Commissioner's motion for summary

judgment [docket entry #13] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for remand [docket entry #12] is

**GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** pursuant to sentence four of

42 U.S.C. § 405(g).

**SO ORDERED.**


Dated:   May 16, 2008              s/Paul V. Gadola
                                         HONORABLE PAUL V. GADOLA
                                         UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   May 16, 2008  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
    James A. Brunson; Lewis M. Seward; Commissioner of Social Security  , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:                        .

                            s/Ruth A. Brissaud
                            Ruth A. Brissaud, Case Manager
                            (810) 341-7845